FILED
September 4, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. MAG. 08-0304-DAD
        Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
TRICIA ANN ADAMS, )
)
        Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release TRICIA ANN ADAMS, Case No. MAG. 08-0304-DAD from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $40,000.00.

  _X_   Unsecured Appearance Bond (Interim)

  _X_   Appearance Bond with Surety

  _X_   (Other) Conditions as previously stated on the record.

  ___   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 09/04/08 at 10:25 Am

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge