McGREGOR W. SCOTT
United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2748

FILED

SEP 2 5 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 2:08-mj-0304 DAD |
| Plaintiff, ) | |
| v. ) | |
| TRICIA ANN ADAMS, ) | MOTION TO DISMISS CHARGES AGAINST DEFENDANT |
| Defendant. ) | |

Plaintiff United States of America, by and through its undersigned counsel, under Rule 48(a), Fed. R. Crim. P., submits this motion to dismiss without prejudice the criminal complaint filed in this case against TRICIA ANN ADAMS on August 29, 2008.

DATED:   Sept 23. 2008

McGREGOR W. SCOTT
United States Attorney

By:   /s/ Russell L. Carlberg
      RUSSELL L. CARLBERG
      Assistant U.S. Attorney

**IT IS SO ORDERED.**

DATED:  Sept. 24, 2008

GREGORY G. HOLLOWS
THE HONORABLE GREGORY G. HOLLOWS
United States Magistrate Judge

1